[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-14279
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cr-00002-MMH-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARNOLD CLAYTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 8, 2015)

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Charles L. Truncale, counsel for Arnold Clayton, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clayton's conviction and sentence are **AFFIRMED**.